IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROCKY STEWART WIEBE, | ) | 1:08-CV-1364 TAG HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION FOR AN EXTENSION OF TIME |
| v. | ) | TO FILE RESPONSE TO PETIION FOR |
| | ) | WRIT OF HABEAS CORPUS |
| WARDEN SUGRUE, | ) | |
| | ) | (Doc. 13) |
| Respondent. | ) | |

On December 22, 2008, Respondent filed a motion seeking a 45-day extension of time to file a response to Petitioner's petition for writ of habeas corpus. (Doc. 13). The Court has read and considered Respondent's motion, finds that good cause exists to grant it, and makes the following order thereon:

1. Respondent's motion for an extension of time is granted;

2. Respondent shall have to and including February 5, 2009 to file a response to Petitioner's petition for writ of habeas corpus; and

3. This order is made nunc pro tunc to December 22, 2008.

IT IS SO ORDERED.

Dated:  **December 31, 2008**                              **/s/ Theresa A. Goldner**
                                                                              UNITED STATES MAGISTRATE JUDGE