UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY STEWART WIEBE, | 1:08-cv-01364-TAG  (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITION |
| v. | |
| SUGRUE, | (DOCUMENT #19) |
| Respondent. | DEADLINE: MARCH 24, 2009 |

On February 17, 2009, respondent requested a 35-day extension of time to file his response to Wiebe's petition under 28 U.S.C. § 2241.  IT IS HEREBY ORDERED, that respondent's request for a 35-day extension is granted.  The response is now due March 24, 2009.

This order is made nunc pro tunc to February 17, 2009.

IT IS SO ORDERED.

Dated:   **February 20, 2009**                                   /s/ Theresa A. Goldner
                                                          UNITED STATES MAGISTRATE JUDGE